**FILE COPY**



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 23, 2015

Leigh W. Davis
Attorney at Law
1901 Central Drive, Suite 708 LB 57
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

Andy Porter
Assistant Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-13-00134-CR, 07-13-00135-CR
        Trial Court Case Numbers: 1276657D, 1311302D

**Style:** William Perry McAllister III v. The State of Texas

Dear Counsel:

    The Court has issued mandate in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Robb Catalano (DELIVERED VIA E-MAIL)
    Thomas A. Wilder (DELIVERED VIA E-MAIL)